# UNITED STATES BANKRUPTCY COURT

In re: Jessica Crossley                           Case No. 12-34258
       Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 76.50 on or before Sept. 28, 2012
   $ 76.50 on or before Oct. 29, 2012
   $ 76.50 on or before Nov. 28, 2012
   $ 76.50 on or before Dec. 28, 2012

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                                                    (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 8/30/12                             BY THE COURT
                                          Carol A. Doyle
                                          United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| JESSICA SIMONE CROSSLEY, ) | Case No. 12 B 34258 |
| ) | |
| Debtor(s). ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on August 30, 2012, she caused copies of the attached Order to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

Jessica Simone Crossley
7436 South Yates
Chicago, Illinois 60649

Philip V. Martino, Chapter 7 Trustee
(via the Court's electronic notification system)

_____
Tina M. Devine
Courtroom Deputy